JAMES A. CAREY, Respondent, *v.* PELL, DE VEGH & COMPANY, INC., et al., Appellants.

Submitted October 6, 1952; decided October 9, 1952.

*Charles Trynin* for motion.

*Roy F. Wrigley* and *Samuel Brenner* opposed.

Motion dismissed for want of jurisdiction, with $10 costs and necessary printing disbursements. (Civ. Prac. Act, § 589, subd. 1, cl. [b].)